UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00003-1 |
| | ) | JUDGE SHARP |
| XAVIER FARMER | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Motion for Change of Plea Hearing (Docket No. 74).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, April 2, 2013, at 1:30 p.m.

The pending motions to continue trial (Docket Nos. 55 and 71) are DENIED as moot.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE